NOV 18 2003

**DISTRICT COURT**
**CONNECTICUT DISTRICT**

REGINALD HARRIS
VS
JOHN ARMSTRONG ET, AL

2003 DEC 11 P 1:05

DOC NO. 3:02-CV-00665 RNC

## Motion to secure copies

Under docket number 3:02-CV-00665 RNC Plaintiff requested copies of all motions and etc., so he could understand clerk and courts request or orders. On 02/03/03 Judge Donna F. Martinez so ordered copies be made and sent. Plaintiff noticed this after recieving a docket printout on 11-6-03 via clerk. Having not recieved these copies, one of plaintiff's complaints was dismissed without prejudice. So again plaintiff request pre-ordered copies of complaints and exhibits in order to readdress the dismissed complaint as well as the remaining.

*Reginald Harris*
PLAINTIFF

## CERTIFICATION

The above motion was sent to the under party

ATT GENERAL / JOHN ARMSTRONG  OFFICE OF COMMISSIONER
24 WOLCOTT HILL RD.
WETHERSFIELD, CONN.

(1.)                    (CONTINUED)

Reginald Harris                                  3:02cv665(RNC)(DFM)
Inmate 13817
MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080



★ ★ ★ Certification ★ ★ ★

ATT. GENERAL LYNN WITTENBRINK
110 SHERMAN STREET
HARTFORD, CONN., 06105

*Reginald Harris*
PLAINTIFF SIGNED

(2.)