UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

REGINALD HARRIS                    :
                                   :              PRISONER
        v.                         :  Case No.  3:02CV665(RNC)(DFM)
                                   :
JOHN ARMSTRONG, et al.             :


RULING AND ORDER

On February 3, 2003, the court granted plaintiff's motion
seeking a copy of the original complaint with all exhibits.
Plaintiff now states that he never received the copy and was not
aware that the court had granted his request until he reviewed
the docket sheet late last year and asks the court to send him
another copy.

Plaintiff's motion [**doc. #21**] is **GRANTED**.  The Clerk is
directed to send plaintiff a copy of the original complaint with
all exhibits.

**SO ORDERED** this ___26th___ day of February, 2004, at
Hartford, Connecticut.

                                   _____
                                   DONNA F. MARTINEZ
                                   UNITED STATES MAGISTRATE JUDGE