## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REGINALD HARRIS | : | PRISONER |
| | : | NO. 3:02CV665(RNC)(DFM) |
| VS. | : | |
| | : | |
| DR. TUNG, ET AL. | : | MARCH 9, 2004 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, Joan Dobson in her individual and official capacity in the above-captioned case.

Dated at Hartford, Connecticut, this 9th day of March, 2004.

        DEFENDANTS,
        Dr. Tung, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


        BY:_____
        Lynn D. Wittenbrink
        Assistant Attorney General
        Federal Bar No. ct08575
        110 Sherman Street
        Hartford, CT  06105
        Tel:  (860) 808-5450
        lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 9th day of March, 2004:

Reginald Harris, Inmate No. 13817  
MacDougall-Walker Correctional Institution  
1153 East Street South  
Suffield, CT  06080

_____  
Lynn D. Wittenbrink  
Assistant Attorney General