UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REGINALD HARRIS | : | PRISONER |
| | | 3:02CV665(RNC)(DFM) |
| v. | : | |
| DR. TUNG, ET AL | : | March 8, 2004 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including April 7, 2004 within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to plead that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

2

                        DEFENDANTS
                        Dr. M. Tung

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY:   _____
       Lynn D. Wittenbrink
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct08575
       lynn.wittenbrink@po.state.ct.us
       Tel: (860) 808-5450
       Fax: (860) 808-5591

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 8th day of March 2004:

Reginald Harris
Inmate 13817
MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

_____
Lynn D. Wittenbrink
Assistant Attorney General

2