UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

REGINALD HARRIS

v.

JOHN ARMSTRONG, et al.

PRISONER
Case No. 3:02CV665(RNC)(DFM)

RULING AND ORDER

Defendants seek an extension of time until April 7, 2004, to respond to the amended complaint. Defendants' motion [**doc. #24**] is **GRANTED**.

**SO ORDERED** this 24th day of March, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE