# Connecticut District Court

MAR 25 2004

FILED
2004 APR -7 P 4: 56
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Reginald Harris
        vs
John Armstrong Et. Al.

Doc No.
3 02 CV 665 RNC
3/22/4 (Date)

**Request for Permission to Amend Complaint**

Plaintiff request to amend his complaint because at time of his initial writing he was ill from denials of medical treatments as part of his claim will show. Please allow another amendment... defendants haven't made any firm answers yet. Also plaintiff must address important issues more thoroughly as well as maybe add defendants.

Date  / /
Reginald Harris
Mac Dougall Corr.
1153 East St. So.
Suffield, Ct. 06080

_Reginald Harris_
Plaintiff
_Reginald Harris_
4-5-X

## Certification

I hereby certify that a copy of enclosed motion has been mailed to:

Lynn D. Wittenbrink
Asst. Attorney General
110 Sherman St.
Hartford, Conn.
06105

*Reginald Harris* 3/22/4
**Plaintiff**
*Reginald Harris* 4/5/4