## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Reginald Harris | : | PRISONER |
| | | 3:02CV665(RNC)(DFM) |
| v. | : | |
| John Armstrong, et al | : | APRIL 6, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including May 7, 2004 within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1.  This is the second motion for an extension of time within which to plead to the current Amended Complaint that has been filed in this case. On March 24, 2004, the undersigned counsel for the defendants received the attached document from the plaintiff entitled Request for Permission to Amend Complaint, dated March 22, 2004. On this date, April 6, 2004, the undersigned counsel noted that this filing has not yet been docketed with the court as reflected in the CMFEC system;

2.  It is preferable and more efficient if the status of the complaint is determined prior to a responsive pleading being filed. Thus, the defendants request up to and including May 7, 2004, in order that the current complaint status might be determined; and

3.  Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

                                DEFENDANTS
                                John Armstrong, et al

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL


BY:    /s/_____
           Lynn D. Wittenbrink
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT  06105
           Federal Bar #ct08575
           lynn.wittenbrink@po.state.ct.us
           Tel: (860) 808-5450
           Fax: (860) 808-5591


## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 7th day of April 2004:

     Reginald Harris
       Inmate 13817
MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080


                                      /s/_____
                                      Lynn D. Wittenbrink
                                      Assistant Attorney General