# ATTACHMENT "A"

# Connecticut
## DISTRICT COURT

Reginald Harris
vs
John Armstrong Et, Al..

Doc No.
3O2CV665 RNC
3/22/4 (DATE)

Request for Permission to Amend Complaint

Plaintiff request to amend his complaint because at time of his initial writing he was ill from denials of medical treatments as part of his claim will show. Please allow another amendment... defendants haven't made any firm answers yet. Also plaintiff must address important issues more thoroughly as well as maybe add defendants.

Date  / /
Reginald Harris
MacDougall Corr.
1153 East St. So.
Suffield, Ct. 06080

_Reginald Harris_
Plaintiff

# Certification

I hereby certify that a copy of enclosed motion has been mailed to:

Lynn D. Wittenbrink
Asst. Attorney General
110 Sherman St.
Hartford, Conn.
  06105

Reginald Harris  3/22/4

**PLAINTIFF**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 12 A 9:37
U.S. DISTRICT COURT
BRIDGEPORT, CONN

REGINALD HARRIS              :    PRISONER
                             :    NO. 3:02CV665(RNC)
VS.                          :
                             :
JOHN ARMSTRONG, ET AL.       :    APRIL 7, 2004

## NOTICE OF MANUAL FILING

Please take notice that defendants, **JOHN ARMSTRONG, ET AL.**, has manually filed the following documents:

    A.    Request For Permission To Amend Complaint.

This document have been filed electronically because:

[ X ]    The documents cannot be converted to an electronic format.
[   ]    The electronic file size of the document exceeds 1.5 megabytes.
[   ]    The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                                Respectfully submitted,
                                DEFENDANTS,
                                John Armstrong, et al.

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL

                                BY: _____
                                Lynn D. Wittenbrink
                                Assistant Attorney General
                                Federal Bar No. ct08575
                                110 Sherman Street
                                Hartford, CT 06105
                                Telephone No. (860) 808-5450
                                Fax No. (860) 808-5591
                                lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 7th day of April, 2004 to:

Reginald Harris, Inmate No. 13817
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Lynn D. Wittenbrink
Assistant Attorney General