UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 26 A 10:19
U.S. DISTRICT COURT
HARTFORD, CT.

REGINALD HARRIS          :
                         :    PRISONER
    v.                   :    Case No. 3:02CV665(RNC)(DFM)
                         :
JOHN ARMSTRONG, et al.   :

RULING AND ORDER

Defendants seek an extension of time until May 7, 2004, to respond to the amended complaint. Defendants' motion [**doc. #27**] is **GRANTED**.

Plaintiff seeks leave to file an amended complaint. He states in his motion that he was ill at the time he filed his original complaint in April 2002. He also states that he may want to add defendants. Plaintiff has not attached to his motion a proposed amended complaint. Thus, the court cannot evaluate his request. Accordingly, plaintiff's motion [**doc. #26**] is **DENIED** without prejudice. Should plaintiff refile his motion to amend, he must attach a proposed second amended complaint and indicate why he could not have included these claims in the first amended complaint he filed in April 2003.

**SO ORDERED** this 26th day of April, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE