UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Reginald Harris | : | PRISONER |
| | | 3:03CV665(RNC)(DFM) |
| v. | : | |
| John Armstrong, et al | : | MAY 7, 2004 |

## MOTION TO DISMISS

Pursuant to Rules 12(b)(6)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the defendants in the above-captioned matter hereby respectfully move to dismiss this matter in its entirety for failure to exhaust administrative remedies pursuant to the Prison Litigation Reform Act, for lack of personal involvement, and on the basis of qualified and sovereign immunity. The claims for non-monetary damages should be dismissed as moot, and all claims should be dismissed for failure to state a claim upon which relief can be granted, all as set forth more fully in the attached Memorandum of Law.

DEFENDANTS,
John Armstrong, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  \_/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of May 2004:

Reginald Harris # 13817
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

                                                /s/
                                           Lynn D. Wittenbrink
                                           Assistant Attorney General