UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REGINALD HARRIS | : | PRISONER |
| | : | NO. 3:02CV665(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | MAY 19, 2004 |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Local Rule 9 and Rule 26(c) of the Federal Rules of Civil Procedure, the defendants in the above entitled matter hereby respectfully move for a protective order excusing them from responding to the plaintiff's current discovery requests and any further discovery requests submitted by the plaintiff until thirty days after the defendants' motion to dismiss dated May 7, 2004, is ruled upon by the court. In the alternative, the defendants' respectfully request a stay of all discovery in this matter until thirty days after said motion is decided by the court.

The defendants submit this motion to preserve judicial resources and those of the parties with regard to this action wherein the *pro se* inmate plaintiff seeks monetary damages regarding medical care. The defendants have filed a motion to dismiss the complaint based in part upon qualified immunity. The immunity defense in and of itself warrants the granting of the defendants' motion because qualified immunity is intended to protect a defendant from the burdens of litigation and discovery best until the applicability of qualified immunity is decided by the Court. *See Mitchell v. Forsyth,* 472 U.S. 511, 526 (1985); *Puerto Rico Aqueduct & Sewer Authority v. Metcalf & Eddy, Inc.,* 506 U.S. 139, 144-45 (1993). The motion to dismiss

could be dispositive of the action, thus defendants respectfully seek for a Protective Order staying discovery until thirty days after a ruling on the Motion to Dismiss.

>DEFENDANTS,
>John Armstrong, et al.
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>BY:__/s/_____
>Lynn D. Wittenbrink
>Assistant Attorney General
>Federal Bar No. ct08575
>110 Sherman Street
>Hartford, CT  06105
>Telephone No.: (860) 808-5450
>Fax No.: (860) 808-5591
>lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 19th day of May 2004:

Reginald Harris, Inmate No. 13817
MacDougall-Walker Correctional Institute
1153 East Street South
Suffield, CT 06080

>__/s/_____
>Lynn D. Wittenbrink
>Assistant Attorney General

No. 003897632