MAY 21 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 21 P 4:42
U.S. DISTRICT COURT
BRIDGEPORT, CONN

REGINALD HARRIS

VS.

JOHN ARMSTRONG, ET AL.

NO. 3;02CV665(RNC)(D)

MAY 17, 2004

## PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO DISMISS

Pursaunt to 'Prisoners Self-help litigation manual' Section and chapter VIII-K.(1) par.,2 "If you are challenging prison conditions or practices that do not affect the length of your sentence, you may use 42U.S.C.§1983. You need not exhaust your state judicial remedies.[1] ORdinarily you need not exhaust your state administrative remedies before using §1983.[2] You also need not comply with state and local "Notice of Claims" rules before bringing a §1983 suit.

Plaintiff goes on to say although he'd exhausted institutional remedies in several forms and fashions, verbal, grievances, requests and etc.,. Phonecalls from plaintiffs family members were also made to try and remedy the problems. Also plaintiffs claims remedies extend beyond the grievance levels, but he still exhausted them.

In fact , most cases of plaintiffs claim-he was transfered out before any answer to some grievances. Or grievances somehow fell through the cracks unless the remedy was simple.

---

1. Monroe v. Pape, 365U.S. 167,183,81.S.Ct.473 (1961)
2. Patsy v. Board of Regents of State of Florida,457 U.S.496,102

Plaintiff also wishes the court to know that a bulk of his supporting evidence of his exhaustion of remedies and support of his claim will be obtained in his Motions to discover and interrogatories and etc., if the court grants plaintiffs motions for such.

*Reginald Harris*
Plaintiff

---

S.Ct.2557(1982). This rule applies in State Court, §1983 actions as well as Federal Court suits. Earle v Gunnell, 78 Md. App. 648, 554 A.2d. 1256, 1261 (Ct. App. 1989)

I hereby certify that a copy of the "Plaintiffs Opposition to Defendants Motion to Dismiss" was sent to the addressed below on or around May 17, 2004.

Lynn D. Wittenbrink
Asst. Att. General
110 Sherman Street
Hartford, Conn. 06105

_Reginald Harris_
Plaintiff