UNITED STATES DISRICT COURT

DISTRICT OF CONNECTICUT

MAY 17 2004

REGINALD HARRIS

VS

JOHN ARMSTRONG, et. al

FILED
2004 JUN 25 P 3: 17
case number.
3;02CV00665 (RNC) DISTRICT COURT
BRIDGEPORT, CONN
May 12th, 2004

### motion to amend complaint

Plaintiff moves this court to accept his newly amended complaint that was offered before the defendants ever responded to any complaints.

Plaintiff claims his first motion to amend was not with complaint for plaintiff is without knowledge of law or Court proceedures, and therefor awaited a response. Then after nothing- filed 17 copies of amended complaint with the clerk - and now plaintiff ask the court to accept this motion with the previously sent amended complaint.

Plaintiff further wishes to express how and why additional information wasn't incladed in previos complaint.

Plaintiff didn't have all facts in order. And was still making attempts to do exhaust all remedies on an institutional level. Further and accurate names and information was needed to support complaint.

by; _Reginald Harris_
Plaintiff

### certification

I hereby certify that a copy of the forgoing was mailed on this 12th day of May , 2004;
Lynn D, Wittenbrink
110 Sherman Street     (assistant attorney general
Hartford, Conn. 06105

_Reginald Harris_