JUN 2 5 2004

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

REGINALD HARRIS

vs.

JOHN ARMSTRONG ET AL.

FILED

2004 JUL 19 P 12: 46
DOC. 3:02CV665(RNC)
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

MAY 29, 2004

## MOTION TO MARK EXHIBIT

Pursuant to Sec. 5-7.,"Marking Exhibits" of the Connecticut Practice Book 'General Provisions', the clerk unless otherwise ordered by the judicial authority, shall mark all exhibits not marked in advance of trial and shall keep a list of all exhibits marked for identification or recieved in evidence during the course of the trial.

Pursuant to Sec. 15-4 "Medical Evidence" of the Connecticut Practice book 'Procedure in Civil Matters', A party who plans to offer a hospital record in evidence shall have the record in the clerks office twenty-four hours prior to trial. The judge holding the civil jury shall, at the opening session, order that all such records be available for inspection in the clerks office to any counsel of record under the supervision of the clerk. Counsel must recognize their responsibility to have medical testomony available when needed and shall, when necessary, subpoena medical witnesses to that end.

Plaintiff offers the inclosed exhibits of medical records, grievances, requests, diet menus, disciplinary actions,etc.,. to be marked as exhibits in support of his complaint No. 302cv665

Plaintiff further wishes the Court to know he intends to subpoena medical witnesses. Some including but, not limited too, representitives of the National Kidney Foundation. And a surgeon of the Hartford Hospital Kidney Transplant Unit.

Plaintiff also wishes to include the subpoenas of but not limited too the records and files of the Department of Enviormental Protection, Water Pollution Control, Hartford Courant Editorial department, UCONN medical records dept., Department of Correction administrative directives of Safety and Secuirty & Medical custody Claims Commissioners protocol of handling claims.

Originald signature is fell'ép pen!

Reginald Harris
Pliantiff Reginald harris
MacDogall Corr.
1153 East St. So.
Suffield, Ct. 06080

## CERTIFICATION

I hereby ceritify that a copy of this motion was sent to the following on this __29__ day of __May__ 2004

LYNN D. WITTENBRINK
ASST. ATT. GENERAL
110 SHERMAN STREET
HARTFORD, CONN. 06105

Reginald Harris
Reginald Harris