UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

REGINALD HARRIS            :
                           :        PRISONER  2004 AUG -2  P 4: 57
    v.                     :  Case No. 3:02CV665(RNC)(DFM)
                           :                U.S. DISTRICT COURT
JOHN ARMSTRONG, et al.     :                   HARTFORD, CT.

RULING AND ORDER

Plaintiff has filed a motion to mark exhibits. As authority for his motion he cites the Connecticut Practice Book. The Connecticut Practice Book contains the procedural rule for the state court. These rules do no apply to actions in federal court.

Even if the court were to consider the request, the motion should be denied. This case has not been scheduled for trial. Defendants have filed a motion to dismiss and discovery has not been completed. Thus, marking exhibits for trial is premature at best.

Plaintiff's motion [**doc. #35**] is **DENIED** without prejudice. Should this case be scheduled for trial, plaintiff will receive instructions about submitting exhibits.

**SO ORDERED** this 2nd day of August, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE