Doc No 3:02CV665

Reginald Harris
vs
John Armstrong ET.,AL

FILED
CONNECTICUT
DISTRICT COURT

8/26/04

## Opposition to Motion to Dismiss

Now comes the Plaintiff Reginald Harris who in the above captioned case, is objecting to the defendants motion to dismiss.

## Facts

Plaintiff had filed two complaints, one medical, one concerning property. Being indigent, he'd mailed the two in one envelope. The clerk assumed it to be one complaint and filed the package as such.

Plaintiff later was told in order to separate the two, he must file a amended complaint to request separation. Plaintiff complied and they were then separated.

Upon recieving indepth and adequate information, Plaintiff amended his medical complaint, docket No. 3:03CV665. With no response to any prior complaint

From the defendants, and the court never denied same amendment (newest amended complaint with exhibits), Plaintiff assumed all was now favoritable, newest medical complaint replacing the prior, and exhibits as well.

## Request to the Court

Plaintiff request the court to clear whether his newly amended complaint was honored or not because now the defendants motioned to dismiss Plaintiffs complaint that was filed before the newly amended complaint. By rule, if defendant never had answered any complaint, Plaintiff can amend his petition/complaint as need be. So this motion to dismiss should not bar Plaintiffs amended complaint being it was originally filed before defendants move for dismissal.

Wherefor the plaintiff prays that this court will grant his motion

*Reginald Harris*
PLAINTIFF

## ORDER

The foregoing motion having been heard by this court is hereby

GRANTED / DENIED

by _____

---

## Certification

Plaintiff has mailed a copy of this motion to attorney general Lynn Wittenbrinks Hartford address.

*Reginald Harris*
Plaintiff