DOC NO. CV302CV665(RNC)(DFM)  
REGINALD HARRIS  
    vs.  
JOHN ARMSTRONG ET. AL

CONNECTICUT DISTRICT  
BRIDGEPORT, CONN.  
NOVEMBER, 9, 2004

## MOTION FOR IMMEDIATE HEARING

PLAINTIFF MOVES THIS COURT PROCESS THIS MOTION AS NECESSARY IN ORDER THAT HIS PETITION IS HEARD IMMEDIATELY.

PLAINTIFF WISHES TO REMIND THE COURT THAT HIS PETITION IS OF DIRE MEDICAL CONCERNS. PLAINTIFF IS A DIALYSIS PATIENT WHO AT PRESENT IS ENDURING INSUFFICIENT DIETS AND OTHER IMMEDIATE MEDICAL TREATMENTS TO EASE HIS PAIN AND SUFFERING. IN WHICH ALL PUTS HIM AT RISK OF LIFE AND LIMB.

PLAINTIFF BELIEVES BY RULING OF THE COURT ORDERS THE MISMANAGEMENTS WILL CEASE AND BE CORRECTED. IT'S FACTUAL THAT IF CUSTODY DICTATES TO MEDICAL THE PLAINTIFFS NEED, HE WILL SURELY CONTINUE TO SUFFER AND SOON DIE.

                                      *Reginald Harris*  
                                        PLAINTIFF

## CERTIFICATION

I HEREBY CERTIFY THAT COPIES OF THE FOREGOING MOTION, WAS SENT FOR EACH OF THE FOLLOWING DEFENDANTS:

Dr Tung
Dr Silva
Dr Kaplan
Nurse J. Dobson
RNS, Rich Furrey
Comm. Armstrong

BEING PLAINTIFF HAS NO ADDRESSES OF THE EACH AND BEING THEY ARE REPRESENTED BY THE ATTORNEY GENERALS OFFICE, THEIR COPIES ARE FORWARDED TO THAT ADDRESS.

Att. Gen. Lynn Wittenbrink
110 Sherman Street
Hartford, Conn. 06115

PLAINTIFF _Reginald Harris_
REGINALD HARRIS 13817
MACDOUGALL CORR.
1153 EAST ST. SOUTH
SUFFIELD, CONN. 06080