## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REGINALD HARRIS | : | PRISONER  NO. 3:02CV665(RNC)(DFM) |
| | : | |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | MAY 2, 2005 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DISCOVERY REQUESTS

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including June 1, 2005, within which to file their responses to plaintiff's discovery requests. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time to respond to the discovery deadline set by the Court along with its order denying defendants' Motion to Dismiss, dated March 31, 2005.

2. Due to the volume of cases assigned to the undersigned counsel, the detailed nature of the discovery requests, and the press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS,
Dr. Tung, Supervisor Dobson[1]

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 2d day of May 2005:

**Reginald Harris** Inmate 13817
MacDougall Corrections Institute
1153 East Street South
Suffield, CT 06080

 /s/_____
Lynn D. Wittenbrink
Assistant Attorney General

---

[1] The Court dismissed this action as to the majority of defendants, leaving only the defendants Tung and Dobson.