UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 11 P 4:53

REGINALD HARRIS            :
                           :           PRISONER
    v.                     :    Case No.  3:02CV665(RNC)(DFM)
                           :
JOHN ARMSTRONG, et al.     :

## RULING AND ORDER

Defendants seek an extension of time until June 1, 2005, to respond to plaintiff's discovery requests.  Defendants' motion **[doc. #41]** is **GRANTED**.

**SO ORDERED** this 10th day of May, 2005, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE