UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2005 MAY 27 P 5: 10

REGINALD HARRIS

v.

JOHN ARMSTRONG, et al.

U.S. DISTRICT COURT
BRIDGEPORT PRISONER

DOC. 3;02CV665(RNC)(DEM)

## REQUEST FOR APPOINTMENT OF COUNSEL

Plaintiff seek an appointment of counsel in this matter. The matter in concern has surpassed a motion to dismiss by the defendants. It is now judged beyond **"WHOLLY FRIVIOLOUS"** and is now needed to be represented adequately by counsel.

*Reginald Harris*
REGINALD HARRIS (plaintiff)

---

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of May, 2005;

Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

*Reginald Harris*
REGINALD HARRIS