UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REGINALD HARRIS                    :
                                   :              PRISONER
        v.                         :  Case No.  3:02CV665(RNC)(DFM)
                                   :
JOHN ARMSTRONG, et al.             :


RULING AND ORDER

Plaintiff asks the court to conduct a hearing.  He states
that a hearing will expedite this case.  Defendants have answered
and the parties are conducting discovery, which is scheduled to
be completed on or before July 1, 2005.  Any dispositive motions
will be filed on or before August 1, 2005.  The court concludes
that a hearing is not necessary at this time.

Plaintiff also seeks appointment of pro bono counsel in this
action pursuant to 28 U.S.C. § 1915.  The Second Circuit
repeatedly has cautioned the district courts against the routine
appointment of counsel.  See, e.g., Hendricks v. Coughlin, 114
F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F.
2d 170, 172 (2d Cir. 1989).  The Second Circuit has made clear
that before an appointment is even considered, the indigent
person must demonstrate that he is unable to obtain counsel.
Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert.
denied, 502 U.S. 996 (1991).

In his motion, plaintiff identifies no attempts to obtain
legal assistance or representation.  Thus, his motion is

premature.

Plaintiff's motions for hearing [**doc. #38**] and appointment of counsel [**doc. #44**] are **DENIED** without prejudice.  Any renewal of the motion for appointment of counsel shall describe plaintiff's efforts to obtain legal assistance on his own.

**SO ORDERED** this 8th day of June, 2005, at Hartford, Connecticut.

/s/ Donna F. Martinez
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE