UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL -7 P 12: 35

REGINALD HARRIS
V.
JOHN ARMSTRONG, ET AL.

PRISONER
CASE NO. 3;02CV665(RNC)(DFM)

## REQUEST FOR RECONSIDERATION
## FOR APPOINTMENT OF COUNSEL

As required by the courts ruling, Plaintiff ask the court review the attached efforts to obtain counsel. And do please reconsider appointing counsel in the above captioned matter.

*Reginald Harris*
Plaintiff, Reginald harris

---

## CERTIFICATION

I hereby certify that a copy of the foregoing motion was also mailed to the following on - 7/7/ 2005

Lynn D. Wittenbrink
Asst. Att. General
110 Sherman Street
Hartford, Conn. 06105

*Reginald Harris*
Reginald Harris 13817

# LAW OFFICES OF
# LAMPERT, WILLIAMS & TOOHEY, LLC

TODD H. LAMPERT*
GREGORY J. WILLIAMS
PHILIP J. TOOHEY

CATHERINE N. ANDERSON
ANN H. BRICKLEY

MITCHELL L. LAMPERT**
 -OF COUNSEL-

MEMBER CT. & N.Y. BARS*
MEMBER N.Y. & N.J. BARS**

46 MAIN STREET
NEW CANAAN, CT 06840

(203) 972-8100
FAX NO. (203) 972-8716
EMAIL: greg@lwtlaw.com

WILTON OFFICE
120 OLD RIDGEFIELD ROAD
WILTON, CT 06897

(203) 761-7980

PLEASE RESPOND TO
NEW CANAAN OFFICE

June 21, 2005

Mr. Reginald Harris #13817
MacDougall Corr. Inst.
1153 East Street South
Suffield, CT 06080

Dear Mr. Harris:

    I regret to inform you that this office will not be representing you in your claim of "Deliberate Indifference". I am returning to you all the materials you forwarded to this office and have retained nothing for our files. Good luck with your claim.

                                Sincerely,

                                Gregory J. Williams

GJW:mcc
Enclosures

# Brenner, Saltzman & Wallman LLP

ATTORNEYS AT LAW

NEWTON D. BRENNER, P.C.
STEPHEN L. SALTZMAN, P.C.
MARC A. WALLMAN, P.C.
DAVID R. SCHAEFER, P.C.
DONALD W. ANDERSON, P.C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P.C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P.C.
ALICE J. MICK, P.C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

DANIEL L. GOTTFRIED
VICTORIA P. HACKETT
ROWENA A. MOFFETT

OF COUNSEL:
SHARON KOWAL FREILICH

Kenneth Rosenthal
E-mail: krosenthal@bswlaw.com

June 24, 2005

Reginald Harris #13817
MacDougall C.I.
1153 East Street South
Suffield, CT  06080

Dear Mr. Harris:

    We are in receipt of your letter of June 20, 2005.  Unfortunately, our firm is unable to represent you at this time.  Enclosed are the documents that you provided me with.

                                      Very truly yours,

                                      Kenneth Rosenthal

KR:es
Enclosures

946583
271 Whitney Avenue • New Haven, Connecticut 06511 • 203.772.2600 • Fax: 203.562.2098 • www.bswlaw.com

# BROWN PAINDIRIS & SCOTT, LLP
## Attorneys at Law

RICHARD R. BROWN
NICHOLAS PAINDIRIS
RONALD T. SCOTT
JOHN D. MAXWELL
KATE W. HAAKONSEN
SEAN M. PEOPLES
CHRISTOPHER J. McCARTHY ‡
DAVID S. RINTOUL
J. LAWRENCE PRICE
ROBERT A. DeFRINO
DAVID K. JAFFE

SIMON J. LEBO
GREGORY F. ARCARO
JENNIFER L. OWENS
KATHLEEN A. AKEYSON
SALLY A. ROBERTS

OF COUNSEL
DONALD L. HAMER †
KENNETH T. KELLEY *

‡ ALSO ADMITTED IN MA
† ALSO ADMITTED IN DC

THE OLD TOWN HALL
2252 MAIN STREET
GLASTONBURY, CT 06033
(860) 659-0700
FAX (860) 659-8292
www.bpslawyers.com

100 PEARL STREET
HARTFORD, CT 06103
(860) 522-3343
FAX (860) 522-2490

42 EAST HIGH STREET
EAST HAMPTON, CT 06424
(860) 267-2044

June 27, 2005

Reginald Harris
#13817
McDougall Correctional Institution
1153 East Street South
Suffield, CT 06080
**LEGAL MAIL**

Dear Mr. Harris:

    We are in receipt of your recent correspondence. However, please be advised that Brown Paindiris & Scott, LLP is not in a position to take on cases of this nature at the present time. Therefore, we are returning the documentation you provided to us.

    We wish you the best of luck in your efforts.

Very truly yours,

Jennifer L. Owens

JLO/dk
Enclosures