# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

MAR - 5 2003

JUL 11 2005

Robert N. Chigny, U.S.D.J.

REGINALD HARRIS

v.

JOHN ARMSTRONG, ET AL

: PRISONER
: CASE NO.    3:02CV665(RNC)(DFM)

This prisoner matter has been transferred to a magistrate judge. All future filings should be filed in Bridgeport, and the case number will now be: 3:02CV665(DFM)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

2-27-03
Date

*Reginald Harris*
Signature of Plaintiff(s)

REGINALD HARRIS
Printed/Typed Name

7-8-05
Date

*Lynn D. Wittenbrink*
Signature of Defendant(s)  Lynn D. Wittenbrink, AAG

*On behalf of all Defendants*
Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

July 15, 2005. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered.