UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JUL 18 A 10: 03

DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| REGINALD HARRIS,<br>Plaintiff, | : | |
| | : | PRISONER |
| v. | : | Case No. 3:02cv665(RNC)(DFM) |
| JOHN ARMSTRONG, et al.,<br>Defendants. | : | |

ORDER OF TRANSFER TO UNITED STATES MAGISTRATE JUDGE

The parties to this action have consented to the exercise of jurisdiction by a United States Magistrate Judge. The plaintiff signed the attached consent form on February 27, 2003, and the defendants, through counsel, on July 8, 2005.

It is hereby ordered that the case be transferred to the Honorable Donna F. Martinez, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with the provisions of Title 28, United States Code, Section 636(c), Federal Rule of Civil Procedure 73 and the consent of the parties.

SO ORDERED this 18 day of July, 2005, at Hartford, Connecticut.

Robert N. Chatigny
United States District Judge

July 15, 2005. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge Donna F. Martinez. So ordered.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JUL 11 2005

MAR - 5 2003

REGINALD HARRIS : PRISONER
: CASE NO. 3:02CV665(RNC)(DFM)

V.

JOHN ARMSTRONG, ET AL

This prisoner matter has been transferred to a magistrate judge. All future filings should be filed in Bridgeport, and the case number will now be: 3:02CV665(DFM)

2005 JUL 18 A 03

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

2-27-03
Date

Reginald Harris
Signature of Plaintiff(s)

REGINALD HARRIS
Printed/Typed Name

7-8-05
Date

Lynn D. Wittenbrink
Signature of Defendant(s) Lynn D. Wittenbrink, AAG

On behalf of all Defendants
Printed/Typed Name

RETURN THIS FORM TO THE CLERK OF THE COURT IF YOU CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE. DO NOT SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.