UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REGINALD HARRIS | : | PRISONER |
| | | NO. 3:02CV0665(DFM) |
| VS. | : | |
| JOHN J. ARMSTRONG, ET AL. | : | AUGUST 23, 2005 |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE RESPONSIVE PLEADING NUNC PRO TUNC**

The defendants in the above-captioned matter hereby respectfully move for an additional 60 days, up to and including October 21, 2005 within which to file a Motion for Summary Judgment. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time within which to file a Motion for Summary Judgment that has been filed in this case;

2. Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3. Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
Email: lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 23rd day of August, 2005:

Reginald Harris, Inmate No. 13817
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

   /s/_____
Lynn D. Wittenbrink
Assistant Attorney General