```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

REGINALD HARRIS                 :
                                :           PRISONER
     v.                         :   Case No.  3:02CV665(DFM)
                                :
JOHN ARMSTRONG, et al.          :

## RULING AND ORDER

Defendants seek a sixty-day extension of time, until October 21, 2005, to file a motion for summary judgment. The April 1, 2005 scheduling order required defendants to file their motion for summary judgment on or before August 1, 2005. A sixty-day extension of time would require defendants to file their motion on or before October 1, 2005.

Defendants' motion [**doc. #50**] is **GRANTED in part**. Defendants shall file their motion for summary judgment on or before **October 1, 2005.** Any requests for additional time to file the motion for summary judgment will not be viewed favorably.

**SO ORDERED** this 24th day of August, 2005, at Hartford, Connecticut.

                                    /s/ Donna F. Martinez
                                    DONNA F. MARTINEZ
                                    UNITED STATES MAGISTRATE JUDGE