UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REGINALD HARRIS | : | PRISONER |
| | : | NO. 3:02CV0665(DFM) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | OCTOBER 3, 2005 |

## MOTION FOR SUMMARY JUDGEMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the two remaining defendants in the above-captioned matter, Dr. Mingzer Tung and Nurse Joan Dobson, hereby move for summary judgment as there are no genuine issues of material fact and the plaintiff's case fails. Moreover, the plaintiff has failed to exhaust his administrative remedies. Finally, both defendants are entitled to qualified immunity.

In support of this motion, the defendants provide a Memorandum of Law, Affidavits and a Statement of Undisputed Facts and other exhibits.

DEFENDANTS,
Dr. Tung and Nurse Dobson

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.  (860) 808-5450
Fax No. (860) 808-5450
lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent, first class postage prepaid, this 3d day of October, 2005, to:

> Reginald Harris, #13817
> MacDougall-Walker Correctional Institution
> 1153 East Street South
> Suffield, CT
> 06080

> \_\_\_\_\_/s/_____
> Lynn D. Wittenbrink
> Assistant Attorney General