UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Reginald Harris | : | PRISONER |
| | | 3:02CV665(DFM) |
| v. | : | |
| John Armstrong, et al | : | SEPTEMBER 30, 2005 |

### AFFIDAVIT OF HERB FURHMAN, CORRECTIONAL COUNSELOR

The undersigned, having been duly sworn, hereby deposes and says:

1. I am over the age of 18 and understand and believe in the obligation of an oath.

2. I am a Correctional Counselor at Garner Correctional Institution (hereinafter "Garner") and I am Garner's grievance coordinator. I have been a Correctional Counselor for 8 years; I have worked with the State of Connecticut Department of Correction for nearly 15 years.

3. My responsibilities as Grievance Coordinator include preparing responses to and investigating line grievances. Line grievance have to do with custody rather than medical issues. I also have record keeping responsibilities including logging new grievance and maintaining the records of grievances.

4. In response to a request by the Office of the Attorney General I searched the archives for 2001, 2002 and 2003 to determine which, if any, line grievances Inmate Reginald Harris, # 13817 filed while at Garner.

5. The attached grievances are all that I was able to locate that were filed by Reginald Harris.

_Herb G. Furhman_

Subscribed and sworn to before me this 30th day of September 2005.

Commissioner of the Superior Court/
Notary Public  My Commission expires 5-31-10