## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| REGINALD HARRIS | : | PRISONER |
| | : | NO. 3:02CV0665(DFM) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | OCTOBER 3, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **JOHN ARMSTRONG, ET AL.**, have manually filed the following documents:

(1)  EXHIBIT C = Health/Medical Records;   (5)  EXHIBIT J = Medical Grievance;
(2)  EXHIBIT F = Medical Grievance;        (6)  EXHIBIT L = Line Grievances;
(3)  EXHIBIT G = Medical Grievance;        (7)  EXHIBIT M = A.D. 9.6 dated 08/16/00; &
(4)  EXHIBIT H = Medical Grievance;        (8)  EXHIBIT N = A.D. 9.6 dated 01/29/00.

These documents have been filed electronically because:

[ X ]   The documents cannot be converted to an electronic format.
[ ]     The electronic file size of the document exceeds 1.5 megabytes.
[ ]     The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[ ]     Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

          DEFENDANTS,
          Dr. Tung and Nurse Dobson, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


         BY:___/s/_____
          Lynn D. Wittenbrink
          Assistant Attorney General
          Federal Bar No. ct08575
          110 Sherman Street
          Hartford, CT  06105
          Telephone No. (860) 808-5450
          Fax no. (860) 808-5591
          lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been sent, first class postage prepaid, this 3d day of October, 2005, to

Reginald Harris, Inmate No. 13817
McDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

          ___/s/_____
          Lynn D. Wittenbrink
          Assistant Attorney General