```
NAME: HARRIS,REGINALD              NUMBER: 00013817              DOB: 01/31/1954
LOCATION: MCDGL/WLKR CI            JURISDICTION: MCDGL/WLKR CI   STATUS: SENTENCED
LOCATION ENTRY TYPE: TRANSFER AMONG DOC LOCATIONS                DATE: 07/01/2002
OFFENSE: 53A008      CRIMINAL LIABILITY  FOR ANOTHER PERSON      BOND:          0
SENTENCE:   MIN:    0 Y  0 M   0 D  MAX:  28 Y  0 M   0 D        DETAINERS: D
RELEASE DATES:    MIN: 00/00/0000   MAX: 03/11/2012              ESTIMATED: 05/2010
SPECIAL MANAGEMENT:                                                       PROFILE
DNA FELONY . SWAB ..........       SEX OFFENDER REGISTRATION: N
RACE: BLACK                SEX: MALE            HAIR COLOR: BLACK      EYES: BROWN
HEIGHT: 5 FT 10 IN         WEIGHT: 185 LBS      MARITAL STATUS: N      DEPENDENTS: 0
EDUCATION LEVEL: 12        MILITARY:   N        MED INSURANCE: N       MVD:
SSN:                       FBI #:               OTHER #:               SPBI #:
BIRTHPLACE:    HARTFORD                         CITIZENSHIP: U.S. NATIVE
HOME ADDRESS:                          TOWN:                    STATE: CT   ZIP:

* * * * * * * * * * * * * EMERGENCY CONTACT INFORMATION * * * * * * * * * * * *
NAME:                                  RELATION                        PH:
STREET:                                TOWN:                    STATE: CT  ZIP:

PRIOR LOCATION: 136     FILE LOCATION: 137    MED FILE:
INITIAL DOC ADMISSION: 08/14/1974              LATEST DOC ADMISSION: 10/13/1989
Z638 10/03/2005 CT DEPT OF CORRECTION    - FACE SHEET DISPLAY   RT50  C0704   END

TRANSACTION: RT50    NUMBER:  00013817
```