```
MOVEMENTS        NUMBER:      13817    NAME:    HARRIS,REGINALD            PAGE    1
FILE:  MCDGL/WLKR CI                   MED FILE:
                                          DATE      SEQ     LOCATION          JUR  STA
TRANSFER AMONG DOC LOCATIONS            7/01/2002   1    137 MCDGL/WLKR CI    137   G
TRANSFER FROM A HOSPITAL               10/03/2001   2    136 GARNER CI        136   G
RELEASE TO HOSPITAL                    10/03/2001   1    51T UCONN HOSP       136   G
TRANSFER AMONG DOC LOCATIONS            6/15/2001   1    136 GARNER CI        136   G
SENTENCED BY COURT                     10/25/2000   1    141 NORTHERN CI      141   G
TRANSFER FROM A HOSPITAL                5/22/2000   1    141 NORTHERN CI      141   G
TRANSFER TO A MEDICAL HOSPITAL          5/18/2000   1    51T UCONN HOSP       141   G
TRANSFER AMONG DOC LOCATIONS            5/09/2000   1    141 NORTHERN CI      141   G
TRANSFER AMONG DOC LOCATIONS            8/20/1999   1    115 OSBORN CCI       115   G
TRANSFER AMONG DOC LOCATIONS            1/08/1998   1    137 MCDGL/WLKR CI    137   G
TRANSFER AMONG DOC LOCATIONS            3/17/1997   1    141 NORTHERN CI      141   G
TRANSFER AMONG DOC LOCATIONS           10/19/1995   1    137 MCDGL/WLKR CI    137   G
TRANSFER AMONG DOC LOCATIONS           10/17/1995   1    136 GARNER CI        136   G
TRANSFER AMONG DOC LOCATIONS            2/02/1994   1    125 CHESHIRE CC      125   G
START SERVING SENTENCE (1+)            11/30/1990   1    115 OSBORN CCI       115   G
TRANSFER AMONG DOC LOCATIONS            6/12/1990   1    121 HARTFORD CCC     121   U
TRANSFER AMONG DOC LOCATIONS            6/08/1990   1    123 BRIDGEPORT CC    123   U

Z638 10/03/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:  00013817                    ENTER FOR NEXT PAGE
```

```
MOVEMENTS        NUMBER:    13817      NAME:   HARRIS,REGINALD                PAGE   2
FILE:  MCDGL/WLKR CI                   MED FILE:
                                          DATE      SEQ    LOCATION        JUR  STA
TRANSFER AMONG DOC LOCATIONS           6/07/1990    1    121 HARTFORD CCC   121  U
TRANSFER AMONG DOC LOCATIONS           5/25/1990    1    123 BRIDGEPORT CC  123  U
TRANSFER AMONG DOC LOCATIONS           10/25/1989   1    121 HARTFORD CCC   121  U
CONTINUED BY COURT                     10/13/1989   2    129 MORGAN ST DC   129  U
READMISSION,TEMPORARY SURRENDER        10/13/1989   1    129 MORGAN ST DC   129  U
DISCHARGE FROM CMTY RESIDENCE          8/08/1989    1    900 DISCHARGE      900  G
RELEASE TO COMMUNITY RESIDENCE         4/11/1989    1    3HR CS1-STINSON    301  G
TRANSFER AMONG DOC LOCATIONS           3/27/1989    1    135 GATES CCI      135  G
TRANSFER AMONG DOC LOCATIONS           3/10/1989    1    121 HARTFORD CCC   121  G
TRANSFER AMONG DOC LOCATIONS           11/22/1988   1    115 OSBORN CCI     115  G
TRANSFER AMONG DOC LOCATIONS           8/12/1988    1    116 ROBINSON CI    116  G
READMISSION W/ SENTENCE GT 1 YEAR      6/03/1988    2    115 OSBORN CCI     115  G
DISCHARGED, DID NOT RETURN FROM COURT  6/03/1988    1    900 DISCHARGE      900  U
TRANSFER AMONG DOC LOCATIONS           5/16/1988    1    122 NEW HAVEN CCC  122  U
TRANSFER AMONG DOC LOCATIONS           5/13/1988    1    121 HARTFORD CCC   121  U
SENTENCE EXPIRED, HOLD ON CT CHARGES   4/28/1988    2    122 NEW HAVEN CCC  122  U
TRANSFER AMONG DOC LOCATIONS           4/28/1988    1    122 NEW HAVEN CCC  122  L

Z638 10/03/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:  00013817                     ENTER FOR NEXT PAGE
```

```
MOVEMENTS      NUMBER:    13817    NAME:  HARRIS,REGINALD              PAGE    3
FILE:  MCDGL/WLKR CI                MED FILE:
                                       DATE     SEQ    LOCATION              JUR  STA
TRANSFER AMONG DOC LOCATIONS         4/27/1988   1    121 HARTFORD CCC       121   L
TRANSFER AMONG DOC LOCATIONS         4/26/1988   1    122 NEW HAVEN CCC      122   L
TRANSFER AMONG DOC LOCATIONS         4/25/1988   1    121 HARTFORD CCC       121   L
TRANSFER AMONG DOC LOCATIONS         4/22/1988   2    122 NEW HAVEN CCC      122   L
START SERVING SENTENCE (1-)          4/22/1988   1    121 HARTFORD CCC       121   L
TRANSFER AMONG DOC LOCATIONS         4/21/1988   1    121 HARTFORD CCC       121   U
TRANSFER AMONG DOC LOCATIONS         4/04/1988   1    122 NEW HAVEN CCC      122   U
TRANSFER AMONG DOC LOCATIONS         4/01/1988   1    121 HARTFORD CCC       121   U
TRANSFER AMONG DOC LOCATIONS         3/25/1988   1    122 NEW HAVEN CCC      122   U
TRANSFER AMONG DOC LOCATIONS         3/24/1988   1    121 HARTFORD CCC       121   U
TRANSFER AMONG DOC LOCATIONS         3/21/1988   1    122 NEW HAVEN CCC      122   U
TRANSFER AMONG DOC LOCATIONS         3/18/1988   1    121 HARTFORD CCC       121   U
TRANSFER AMONG DOC LOCATIONS         3/11/1988   1    122 NEW HAVEN CCC      122   U
TRANSFER AMONG DOC LOCATIONS         3/10/1988   1    121 HARTFORD CCC       121   U
TRANSFER AMONG DOC LOCATIONS         3/09/1988   1    122 NEW HAVEN CCC      122   U
READMISSION, CONTINUED               3/02/1988   1    131 UNION AVE DC       131   U
DISCHARGED, DID NOT RETURN FROM COURT 9/11/1987  2    900 DISCHARGE          900   U

Z638 10/03/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N     NUMBER:  00013817                    ENTER FOR NEXT PAGE
```

```
MOVEMENTS         NUMBER:     13817     NAME:    HARRIS,REGINALD              PAGE    4
FILE:   MCDGL/WLKR CI                   MED FILE:
                                        DATE      SEQ      LOCATION          JUR  STA
READMISSION,TEMPORARY SURRENDER         9/11/1987  1    129 MORGAN ST DC     129   U
DISCHARGED, SENTENCE TIME SERVED        7/17/1987  1    910 D/CHG ALL SNT    910   G
TRANSFER AMONG DOC LOCATIONS            7/14/1987  1    121 HARTFORD CCC     121   G
TRANSFER AMONG DOC LOCATIONS            4/21/1987  1    125 CHESHIRE CC      125   G
TRANSFER AMONG DOC LOCATIONS           11/14/1986  1    122 NEW HAVEN CCC    122   G
TRANSFER AMONG DOC LOCATIONS           11/03/1986  1    121 HARTFORD CCC     121   G
START SERVING SENTENCE (1+)             5/11/1984  1    115 OSBORN CCI       115   G
TRANSFER AMONG DOC LOCATIONS            3/19/1984  1    115 OSBORN CCI       115   U
BOUND-OVER BY COURT                     5/10/1983  1    121 HARTFORD CCC     121   U
TRANSFER AMONG DOC LOCATIONS            5/07/1983  1    121 HARTFORD CCC     121   U
CONTINUED BY COURT                      4/29/1983  1    129 MORGAN ST DC     129   U
READMISSION,TEMPORARY SURRENDER         4/28/1983  1    129 MORGAN ST DC     129   U
DISCHARGED, SENTENCE TIME SERVED        4/04/1983  1    910 D/CHG ALL SNT    910   L
TRANSFER AMONG DOC LOCATIONS            1/24/1983  1    121 HARTFORD CCC     121   L
TRANSFER AMONG DOC LOCATIONS           11/16/1982  1    135 GATES CCI        121   L
RETURNED FROM COURT                    11/12/1982  2    121 HARTFORD CCC     121   L
RELEASE FOR COURT APPEARANCE           11/12/1982  1    530 COURT APPEAR.    121   U

Z638 10/03/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:   00013817                    ENTER FOR NEXT PAGE
```

```
MOVEMENTS      NUMBER:    13817      NAME:  HARRIS,REGINALD              PAGE    5
FILE:  MCDGL/WLKR CI                 MED FILE:
                                         DATE     SEQ     LOCATION          JUR  STA
READMISSION, CONTINUED                10/08/1982   1   121 HARTFORD CCC     121   U
DISCHARGED, SENTENCE TIME SERVED       9/08/1982   1   900 DISCHARGE        900   L
TRANSFER AMONG DOC LOCATIONS           9/07/1982   1   122 NEW HAVEN CCC    122   L
TRANSFER AMONG DOC LOCATIONS           6/24/1982   1   123 BRIDGEPORT CC    123   L
TRANSFER AMONG DOC LOCATIONS           6/03/1982   1   135 GATES CCI        121   L
TRANSFER AMONG DOC LOCATIONS           5/20/1982   1   121 HARTFORD CCC     121   L
TRANSFER AMONG DOC LOCATIONS           4/23/1982   1   135 GATES CCI        121   L
RETURNED FROM COURT                    4/21/1982   2   121 HARTFORD CCC     121   L
RELEASE FOR COURT APPEARANCE           4/21/1982   1   530 COURT APPEAR.    121   U
READMISSION, CONTINUED                 4/05/1982   1   121 HARTFORD CCC     121   U
DISCHARGED, SENTENCE TIME SERVED       1/29/1982   1   900 DISCHARGE        900   L
TRANSFER AMONG DOC LOCATIONS          12/22/1981   1   122 NEW HAVEN CCC    122   L
TRANSFER AMONG DOC LOCATIONS          12/21/1981   1   121 HARTFORD CCC     121   L
START SERVING SENTENCE (1-)           10/16/1981   1   122 NEW HAVEN CCC    122   L
TRANSFER AMONG LOCATIONS               9/16/1981   1   122 NEW HAVEN CCC    122   U
TRANSFER AMONG DOC LOCATIONS           8/30/1981   1   121 HARTFORD CCC     122   U
TRANSFER AMONG DOC LOCATIONS           8/24/1981   1   122 NEW HAVEN CCC    122   U

Z638 10/03/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:  00013817                      ENTER FOR NEXT PAGE
```

```
MOVEMENTS      NUMBER:      13817     NAME:  HARRIS,REGINALD              PAGE    6
FILE:  MCDGL/WLKR CI                  MED FILE:
                                           DATE     SEQ     LOCATION        JUR STA




                                                  RT6000013817 801891768
  TRANSACTION:        NUMBER:                              ENTER FOR NEXT PAGE
```