# FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 OCT 17  P 4:39
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| REGINALD HARRIS | PRISONER |
| V | DOC No. |
| JOHN ARMSTRONG ET. AL | OCTOBER 5, 2005 |

## MATERIAL FACTS NOT IN DISPUTE

1. On all dates listed below , the defendant John Armstrong by delegation of his position as Commissioner of the department of Corrections (DOC) was responsible for petitioners medical care inwhich included being transported for dialysis treatments. The defendant took a "Hurry up and dir" attitude towards the petitioners medical needs , knowing that there was a surgically implanted shunt and fistula in his left wrist for dialysis acess still wanted to apply a handcuff on it. If this shunt and his fistula is damaged from cuffing , it could cause severe injury. And or surely death.

   Although there'd been written and posted orders no to cuff petitioners left wrist dating back years before this date , against Neuro Surgeon and Hemo Dialysis Doctors orders ,this petitioner was offered dialysis treatment trips only if he did agree to be cuffed on both of his wrist. This would place the petitioners life in immediate danger and made him face what the **UNITED STATES SUPREME COURT** REFERS TO AS A **"HOBSONS CHOICE"**.

2. On 5-9-00 petitioner was recieved at Northern prison. Medical notes awareness of his shunt & fistula in his left wrist. Having been transfered to Northern previously , the medical staff was well aware of his "No Cuff" on left wrist situation. Ex A-1

3. On 5-12-00 against dialysis doctors and Neuro Surgeons orders and recommendations of not cuffing petitioners left wrist where his shunt & fistula is located , because of the severe risk of damage and possibly death , the prisons medical staff approved of cuffing both wrist and so ordered it be done. Ex A-1,A-2,A-3

4. Although many previous to these dates , those years are not in petitioners complaint. Orders and notations against cuffing petitioners left wrist are as follows on (5/22/00)Ex B-2,(6-21-02) Ex C-10

5. On 5-18-00 , from petitioners continued missed treatments he suffered a seizure followed by a mild coma and had to be hospitlized while on the dialysis machine at Gambro dialysis center. Petitioner was transfered by ambulance to UCONN emergency Ex A-6, Ex B-1

6. Dialysis patients recieve a firm order to be required a very strict diet. And must be ahered to in order to substain a good healthy life. Improper dieting can cause severe damages and the risk of death is always reminded. Exhibits E-15-16 shows the immediate prohibitions monthly. And exhibits E-12-14 is an overall diet prescribed world wide to patients approved by the National Kidney Foundation. Petitioner was given his copy from Saint Francis where he was dialized on 8-10-96.

 Petioner goes on to state he'd encountered constant problems with his diet whereas he was forced to go without meals so many nights and days - whenever they served what was prohibited to him. Suffering from hunger so many times , petitioner attempted to remedy the matter on several occasions.

But was constantly met with the prisons medical staff compromising with the prisons custody (kitchen included). Changing and approving against petitioners correct diet , all to ease the burden on the kitchen staff having to comply with proper diets. Ex E-4(g)(5-20-02), Ex E-11(a)(4-21-03), Ex E-11(b)+(c),Ex E-11(d)(10-22-04), Ex E-11(e)(12-20-04), Ex E-32-33(5-5-02)

7. The dialysis unit staff recommended different things to help ease and comfort the petioners sufferings and risk. But , even after recieving some things , someone else would do whatever or say whatever to have it discontinued. Again this was constantly done by medical to compromise and apease custody.(DOC)

On dialysis its requires a extremely strict fluid intake. Where as an overload may cause damage and possibly a heart attack & a stroke. Breathing can become quite labored. Therefor its alawys suggested for cooling and quinching thirst , patients should use ice chips periodocially. Again exhibits will show the recommedation approved and then compromises. ExD-1(7-30-01), Ex D-2(10-23-01), Ex D-4(11-28-01), Ex D-4(11-30-01), Ex D-5(3-20-02), Ex D-6(2-12- Ex D-7(2-14-03), Ex D-8(3-23-03), Ex D-9-10(11-5-02), Ex D-11(5-17-04)

8. Petitioner claims Joan Dobson underminded his emergency medic grievances by down grading them to a lesser degree and the exhaust the 30 day allowance to answer. And or just blatantly ignored. Unless petitioner goes to dialysis outside the prison and notifies that staff - who calls , faxes, or writes on needed med form this would be her normal proceedure. Ex E-3(a)(8-20-01), Ex E-3(b)(9-6-01), Ex E -4(a)(1-8-02), Ex E-4(e)(4-29-02), Ex E-4(f)(4-25-02)

Ex E-4(g)(5-20-02), Ex E-5(6-13-02), Ex E-21(7-18-01), Ex E-22(8-28-01), Ex E-23-24(9-30-01), Ex E-25(11-30-01), Ex E-27(4-1-02), Ex E-28(4-3-02), Ex E-30-31(4-21-02), Ex E-32-33(5-5-02), Ex E-34-35(5-17-02), Ex E-36-37(5-26-02), Ex E-40-41(8-27-02)

9. Petitioner alleges again that the defendants John Armstrong and doctor Tung were responsible for his not getting to dialysis. Petitioner wishing for a more direct response, grieved Warden Gomez who was familiar with petitioners "No Cuff" on left wrist because he was the same Warden at Northern who was in agreement with this order, all to no avail. Ex E-38-39(6-21-02)

post script;

per part of number 1.)...5-11-00 (Ex A1)
5-13-00 (Ex A3)
5-16-00 (Ex A4)
----------------
5-16-02 (Ex C6)
5-22-02 (Ex C5,C7)
5-24-02 (Ex C8)
6-21-02 (Ex C9)
6-26-02 (Ex C11)

Respectfully,

by _Reginald Harris_
Reginald Harris
MacDougall Corr.
1153 East St So
Suffield, Ct 0608

## CERIFICATION

I hereby cerify that a copy of this document was mailed to the Attorney Generals office to;

Lynn D. Wittenbrink
Asst Att Gen.
110 Sherman Street
Hartford, Conn 06105

by _Reginald Harris_
Reginald Harris 13817
MacDougall Corr
Suffield, Conn. 06080