UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 25  P 4:37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

REGINALD HARRIS

v

JOHN ARMSTRONG ET AL

PRISONER

CIVIL NO / 3:02cv665

OCTOBER 5, 2005

## MEMORANDUM OF LAW IN SUPPORT OF SUMMARY

In accordance with **Booth v Churner,** 532 U.S. 731, 741 (2001) and where the statue clearly states that inmates must exhaust all available administrative remedies before filing suit as in **Neal v Goord,** 267 F.3d 116, 122 (2d Cir 2001) Petitioner clearly complies as exhibits A-E will atest to.

### LEGAL GROUNDS RELIED UPON

1. The right the plaintiff asserts is that of personal security, which is protected by the substantive component of the Due Process Clause since "It goes without saying that an individuals interest in preserving his life is one of constitutional dimension." **Kallstrom v City of Columbus,** 136 F.3d 1055, 1063 (6th Cir 1998).

2. **Sperle v Michigan Corr.,** F.3d-No. 00-1468, 2002 WL 1676580, at *5 (6th Cir. July 25, 2002)

3. **Stemler v City Florence,** 126 F.3d 856, 867 (6th Cir 1997)

4. Constitutional right to medical care. 8th Admendment of the United States Constitution, right to recieve treatment for serious medical needs.

Failure to provide medical care in some situations constitutes "cruel and unusual punishment."
**Estell v Gamble**, 429 U.S. 97,103 (1976)
**Langley v Coughlin**, 888 F.2d 252,254 (2d Cir. 1989)

5. Connecticut law provides that the DOC Commissioner "Shall provide for the prisoners suitable food and clothing and provide relief for any sick or infirmed prisoners , and the cost shall be paid by state from allotted funds. **Conn. Gen. Stat §18-7**

6. "<u>Deliberate indifferance</u>"when deliberately denied by staff , when they know the serious medical risk or harm.
**Hathaway v Coughlin**, 37 F3d 63,67 (2d Cir.1994)
**Daniels v Williams**, 474 U.S. 327,335 (1986)

7. The defendant offered the petitioner the Hobsons choice in his need for his dialysis trips several times. With the hurry up and die attitude.

Respectfully submitted,
by *Reginald Harris*

CERTIFICATION

I hereby certify a copy of this has been mail to attorney general Lynn D. Wittenbrink
Asst. Att. Gen.
110 Sherman Street
Hartford , Conn. 06105
on this 5 day of October, 2005   by *Reginald Harris*

Reginald Harris 13817
MacDougall Corr.
1153 East Street South
Suffield , Conn. 06080