UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 NOV -8 P 12: 44
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

REGINALD HARRIS

V

JOHN ARMSTRONG, Et Al

PRISONER
DOC. 3;02CV665(RNC)(DFM)

OCTOBER 31, 2005

### REQUEST FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL

Plaintiff seeks an reconsideration for appointment of counsel. As the court ordered, plaintiff has secured a copy of his attempts to obtain legal assistance through the Inmate legal assistance program. Plaintiff was told that this agency does not provide counsel in the type of matters plaintiff was concerned with. Secondly plaintiff ask the court to note the date of enclosed document...he had no knowledge that, that agency was to be considered as attempts to obtain counsel. Also plaintiff contacted attorney Weinstien and he provided attorney Charles Kurmay, who at first had an interest but, later decided against it.

Because of the intricate circumstances and the severity of plaintiff's matter, plaintiff ask that this court do please reconsider appointment of counsel.

*Reginald Harris*
REGINALD HARRIS 13817
MACDOUGALL CORR.
1153 EAST STREET SO.
SUFFIELD, CONN. 06080

---

**CERTIFICATION**

I hereby certify that a copy of this motin was mailed to Asst., Att. General, Lynn D. Wittenbrink, 110 Sherman Street, Hartford Conn., 06106.

*Reginald Harris*
REGINALD HARRIS 13817

# ORDER

Granted / Denied

---

By the Court (JUDGE)

LAW OFFICES
OF
SYDNEY T. SCHULMAN

INMATES' LEGAL ASSISTANCE PROGRAM

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Caulfield

August 23, 2005

Mr. Reginald Harris
#13817
MacDougall CI
1153 East Street South
Suffield, CT 06080

Dear Mr. Harris:

Thank you for your undated letter, received at Inmates' Legal Assistance Program on June 21, 2005.

With your letter, you included documents in your pending case, <u>Harris v. Armstrong, et al.</u> You requested assistance with said case. However, you did not provide ILAP with a copy of the complaint that you have filed in this matter.

Based on the documents that you have provided, it appears that you have made a claim against various DOC and Correctional Managed Health Care officials for deliberate indifference to your serious medical needs in violation of your Eighth Amendment rights.

Be advised that ILAP does not have a copy of your medical records. Therefore, I cannot advise you as to the merits of your claim at this time. However, I can advise you as to procedure.

I.   <u>Administrative resolution</u>

Please be advised that if your sole interest is in obtaining medical care, your best course of action would be to seek an administrative remedy. You should request to see the doctor at sick call to address your concerns. If you are not seen by the doctor, you should follow the grievance procedures outlined in Administrative Directive 9.6.

II.   <u>Personal injury claim before Claim's Commission:</u>

Be advised that if you are basing your cause of action on the negligent action of the medical staff then the appropriate course of action would be to file a claims case with the Claims Commission for compensation for the injuries you sustained. Please be advised that pursuant to

Telephone 203 333-1177
Telecopier 203 384-9832

Law Offices

# Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.

350 Fairfield Avenue          P.O. Box 9177          Bridgeport, Connecticut 06601

Howard Evan Ignal
Gerald T. Weiner
Burton M. Weinstein
Roberta Napolitano
Richard J. Shapiro
Judith A. Mauzaka

June 24, 2005


Reginald Harris #13817
Macdougall C.I.
1153 East Street South
Suffield, CT 06080

**ATTORNEY/CLIENT MATERIAL / CONFIDENTIAL**

Dear Mr. Harris:

My current commitments make it impossible for me to take your case at this time. I am sending the material you sent to me to Attorney Charles Kurmay who is very dedicated and competent and willing to represent people in your circumstances. I trust Attorney Kurmay will notify you if he is willing to take your case and, if not, will tell you why not so that you may then use this letter and his letter as a basis to request the Court to appoint counsel for you.

Your request for injunctive relief for proper medical treatment does not require approval of the State Claim Commission to seek monetary damages against doctors or correction officials in their official capacity. A claim for damages would require that. Unless a physician is prepared to say that inadequate treatment caused you significant injury, there is no hope of monetary recovery.

Your medical records may show a need for the injunctive relief you seek. In any event, I wish you well and trust you will hear from Mr. Kurmay.

Very truly yours,

Burton M. Weinstein
BMW/nch

cc: Charles Kurmay, Esquire
    2318 Main Street, Suite 1
    Stratford, CT 06615