FEB 10 2006

UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 FEB 24 P 12: 18
U.S. DISTRICT COURT
BRIDGEPORT

REGINALD HARRIS
v
JOHN ARMSTRONG, ET AL.

PRISONER
CASE No. 3;02CV665(DFM)
OCTOBER , 2005

## MOTION TO DISMISS

Petitoner moves to dismiss defendants summary judgment in it's entirety for failure to comply with the courts **"RULING AND ORDER"** (document 51) dated 8/24/2005.

" Defendants' motion (DOC #50) is **GRANTED** IN PART. Defendant shall file their motion for summary judgement on or before **OCTOBER 1, 2005**. Any request for additional time to file the motion for summary judgment will **not be vied favorably.**

So **ORDERED** THIS 24th day of August, 2005 at Hartford, Conn.,

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUD

Secondly, petitioner moves to bar testimony of and exhibits of a Edward Blanchett and Herb Furhmand on the grounds they were not named in petitioners complaint. And therefore should not be able to offer petitioners private and confidential documents as their own personal affidavits and exhibits.

None of the affidavits or exhibits were offered when petitioner requested all documents and interrogatories and therefore shall be barred. Only named defendants shall offer such exhibits to defend against allegations of petitioners complaint.

by _Reginald Harris_
Reginald Harris 13817
MacDougall Corr.
1153 East St. So.
Suffield, Ct. 06080

## CERIFICATION

I hereby certify that a copy of this foregoing was mailed to the following on this___day of October, 2005

Lynn D. Wittenbrink
Asst. Att. Gen.
110 Sherman Street
Hartford , Conn.06105

by /s/ Reginald Harris
Reginald Harris 13817
MacDougall Corr.
1153 East St So
Suffield , Conn. 06080