UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REGINALD HARRIS

                            PRISONER
v.                        Case No   3:02cv665 (DFM)

JOHN ARMSTRONG
M. TUNG
JOAN DOBSON

## J U D G M E N T

This cause came on for consideration on cross motions for summary judgment before the Honorable Donna F. Martinez, United States Magistrate Judge. This case was transferred to Magistrate Judge Martinez after the parties consented to the exercise of jurisdiction by a magistrate judge.

On March 31, 2005, the court filed its ruling on defendants' motion to dismiss granting the motion as to all claims against defendant Armstrong, all claims against defendants in their official capacities, all claims for declaratory and injunctive relief and any conspiracy claims.

The Court has considered the motions for summary judgment and all the related papers. On March 31, 2006, the Court filed its Ruling and Order granting defendants' motion, denying plaintiff's motions and directing the Clerk to enter judgment and close the case.

Therefore, it is **ORDERED** and **ADJUDGED** that the judgment is entered in favor of defendants and the case is closed.

Dated at Bridgeport, Connecticut this 31st of March, 2006.

                                                KEVIN F. ROWE, Clerk

                                                By  /s/ Donna P. Thomas
                                                     Donna P. Thomas
                                                     Deputy Clerk

Entered on the Docket _____