**FORM 2**

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

*REGINALD HARRIS*

2006 JUN 15  P 3: 23

v.                    CIVIL CASE NO. *3:02CV665(DFM)*

*JOHN ARMSTRONG, ET AL*

### MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), _REGINALD HARRIS_ respectfully requests leave
                              (appealing party)
to file the within notice of appeal out of time. _REGINALD HARRIS_ desires to appeal
                                                  (appealing party)
the judgment in this action entered on _3/31/06_, but failed to file a notice of appeal

within the required number of days because:

~~EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO~~
YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER
OF DAYS.

_COURT CLERK DIDN'T INCLUDE OF FOLLOW UP AFTER DECISION_
_WITH APPEAL FORMS, AS ON PREVIOUS JUDGMENTS OF DISMISSAL._
_DIDN'T RECIEVE FORM UNTIL PHONECALL._

_Reginald Harris_
                    **Signature**

_REGINALD HARRIS_
                    **Print Name**

_MACDOUGALL CORR._

_SUFFIELD, CONN._
                    **Address**

Date: _JUNE 9, 2006_

                    _____
                    **Telephone Number**

**Note: You may file this form, together with a copy of Form 1(Notice of Appeal) if you are seeking to appeal a judgment and did not
file a copy of Form 1(Notice of Appeal) within the required time. These forms must be received in the Office of the Clerk of the U.S.
District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.**