FORM 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

REGINALD HARRIS

v.

JOHN ARMSTRONG, ET al.

CIVIL CASE NO. 3:02CV665(DFM)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __REGINALD HARRIS__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (describe the Judgment or Order):

__FAVOR OF DEFENDANTS — ORDERED AND ADJUDGED, CLOSED__

2. The Judgment/Order in this action was entered on __3-31-06__.
(date)

_Reginald Harris_
Signature

__REGINALD HARRIS__
Print Name

__MACDOUGALL CORR.__

__SUFFIELD, CONN.__
Address

Date: __June 9, 2006__

Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).