UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

REGINALD HARRIS                  :
                                 :              PRISONER
    v.                           :  Case No.  3:02CV665(DFM)
                                 :
JOHN ARMSTRONG, et al.           :

RULING AND ORDER

Judgment entered in this case on March 31, 2006.  Pursuant to Rule 4(a)(1)(A), Fed. R. App. P., the plaintiff had thirty day, or until April 30, 2006, to file his notice of appeal.  The plaintiff has filed a motion for extension of time to file his notice of appeal.

Rule 4(a)(5)(A)(i) provides that the district court may grant a motion for extension of time to file a notice of appeal if the motion is filed no later than 30 days after the time prescribed under the rule.  Thus, the plaintiff could seek an extension of time from the district court on or before May 30, 2006.  Prisoner motions are considered filed on the day the prisoner gives the motion to correctional officials to be mailed to the court.  See Dory v. Ryan, 999 F.2d 679, 682 (2d Cir. 1993) (holding that pro se prisoner's papers are deemed filed as of the date the prisoner gives the papers to prison officials to be mailed to the court) (citing Houston v. Lack, 487 U.S. 266, 270 (1988)).  Assuming that plaintiff submitted his motion for

mailing on the day it was signed, the motion for extension of time was not filed until June 9, 2006, ten days too late.

The motion for extension of time to file a notice of appeal [**doc. #64**] is **DENIED**.

**SO ORDERED** this 26th day of June, 2006, at Hartford, Connecticut.

                                      /s/ Donna F. Martinez
                                      DONNA F. MARTINEZ
                                      UNITED STATES MAGISTRATE JUDGE