**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Thomas Asreen
ACTING CLERK

UNITED STATES COURT OF APPEALS
FILED
FEB 2 1 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

Date:                            2/21/07
Docket Number:        06-2935-pr
Short Title:              Harris v. Armstrong
DC Docket Number:  02-cv-665
DC:                          CONNECTICUT (NEW HAVEN)
DC Judge:

                             Honorable Donna Martinez


    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 21st day of February, two thousand and seven.

Reginald Harris,                                        Docket # 06-2935-pr

    Plaintiff-Appellant,

         v.

John Armstrong, Comm,

    Defendant,

M. Tung, MD,  Joan Dobson, Sup. Nurse,  United States Court of Appeals,

    Defendant-Appellee.


    The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed  *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

    The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of March 31, 2006 United States District Court for the District of Connecticut in New Haven be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Thomas  Asreen, Acting Clerk

By:   Nadia A. Gajraj
Deputy Clerk